Certificate Number: 11557-UT-DE-010896553

Bankruptcy Case Number: 10-31092

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on May 8, 2010, at 2:28 o'clock PM MDT,

Billy J. Almond completed a course on personal financial management given by internet by

Academy of Financial Literacy,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Utah.

Date: May 8, 2010         By    /s/Phillip Eugene Day

                          Name  Phillip Eugene Day

                          Title Owner

Certificate Number: 11557-UT-DE-010896556

Bankruptcy Case Number: 10-31092

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on May 8, 2010, at 2:29 o'clock PM MDT,

Alan J. Almond completed a course on personal financial

management given by internet by

Academy of Financial Literacy,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the District of Utah.

Date: May 8, 2010    By    /s/Phillip Eugene Day

Name    Phillip Eugene Day

Title    Owner